```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                    Case No. 20-01723-HWV
Timothy M. Okum                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke          Page 1 of 2                    Date Rcvd: Sep 04, 2020
                              Form ID: ntnoshow        Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2020.
```
db           +Timothy M. Okum,    684 N. Fairville Ave.,    Harrisburg, PA 17112-9469
cr           +American Express National Bank c/o Zwicker & Assoc,    80 Minuteman Road,    P.O. Box 9043,
               Andover, MA 01810-0943
5332490      #Alltran Financial, LP,    Attn: Bankruptcy,    PO Box 610,    Sauk Rapids, MN 56379-0610
5333665      +American Express National Bank,    c/o Zwicker & Associates, P.C.,
               80 Minuteman Road, P.O. Box 9043,    Andover, MA 01810-0943
5332492      +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
5332493      +Amex/Bankruptcy,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
5332494      +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
5336837      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
5332497      +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bk dept,    Po Box 790034,
               St Louis, MO 63179-0034
5338287      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
               c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
               Boca Raton, FL 33487-2853
5338895      +M&T Bank,    PO Box 1508,    Buffalo, NY 14240-1508
5338894      +Midland Credit Management, Inc.,    PO Box 2037,    Warren, MI 48090-2037
5332504      +Office of Attorney General,    Financial Enforcement,    Section, Stra,
               Harrisburg, PA 17120-0001
5332505      +U.S. Department of Justice,    PO Box 227, Ben Franklin Station,    Washington, DC 20044-0227
5344298      +UMB Bank NA,    PO Box 419734,    Kansas City, MO 64141-6734
5332500      +Umb Ccprog,    Attn: Bankruptcy,    Po Box 419734,    Kansas City, MO 64141-6734
5332507       United States Attorney,    PO Box 11754,    Harrisburg, PA 17108-1754
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 04 2020 19:34:37
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5337949       E-mail/Text: ally@ebn.phinsolutions.com Sep 04 2020 19:24:08     Ally Bank Lease Trust,
               PO BOX 130424,    Roseville, MN, 551130004
5332491      +E-mail/Text: ally@ebn.phinsolutions.com Sep 04 2020 19:24:08     Ally Financial,
               Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
5350932      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 04 2020 19:34:22
               Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk VA 23541-1021
5332495      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 04 2020 19:34:17     Capital One,
               Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5332498      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 04 2020 19:24:17     Comenity Bank/Wayfair,
               Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
5332502       E-mail/Text: ra-li-occ-esbkpt-hbg@pa.gov Sep 04 2020 19:24:09
               Bureau of Employer Tax Operations,    PO Box 68568,    Harrisburg, PA 17106
5346017       E-mail/Text: bnc-quantum@quantum3group.com Sep 04 2020 19:24:19
               Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
               Kirkland, WA  98083-0657
5332503       E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 04 2020 19:24:14     Internal Revenue Service,
               PO Box 7346,    Philadelphia, PA 19101-7346
5332496       E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 04 2020 19:34:15     Chase Card Services,
               Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850
5332499       E-mail/Text: camanagement@mtb.com Sep 04 2020 19:24:16     M & T Bank,    Attn: Bankruptcy,
               Po Box 844,    Buffalo, NY 14240
5338969       E-mail/Text: camanagement@mtb.com Sep 04 2020 19:24:16     M&T Bank,    PO Box 840,
               Buffalo, NY 14240
5332506       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 04 2020 19:24:20     PA Department of Revenue,
               Department 280946, Attn:Bankruptcy,    Harrisburg, PA 17128-0946
5350540       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 04 2020 19:34:23
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5333513      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 04 2020 19:34:05
               The Bureaus, Inc.,    c/o PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
5348686       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 04 2020 19:34:07     Verizon,
               by American InfoSource as agent,    PO Box 4457,    Houston, TX 77210-4457
5332501      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 04 2020 19:34:37
               World's Foremost Bank,    Attn: Bankruptcy,    4800 Nw 1st St,    Lincoln, NE 68521-4463
                                                                                               TOTAL: 17
```

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2020 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James    Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          John Matthew Hyams    on behalf of Debtor 1 Timothy M. Okum jmh@johnhyamslaw.com,
           acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                TOTAL: 4
```

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |

| In re: | | |
|---|---|---|
| Timothy M. Okum,<br>fdba Creative Decking, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:20–bk–01723–HWV |

## Notice of Intention to Dismiss Bankruptcy Case

Section 343 of the Bankruptcy Code (11 U.S.C. § 343) requires debtors to appear and submit to an examination under oath at the meeting of creditors held under Section 341 of the Bankruptcy Code (11 U.S.C. § 341). The failure to appear at the Section 341 meeting of creditors is grounds for dismissal of the bankruptcy case.

The court's docket indicates that Debtor 1 failed to appear at the scheduled Section 341 meeting of creditors. **Accordingly, the Court intends to dismiss the bankruptcy case of Debtor 1.**

Any debtor opposing dismissal must file an objection with the Court on or before **September 24, 2020** explaining the failure to appear at each scheduled Section 341 meeting of creditors. Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **September 24, 2020**.

**If no objections are filed by September 24, 2020, an Order will be entered dismissing the bankruptcy case of Debtor 1.**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 4, 2020 |

ntnoshow (07/18)